No. 83–6399.   OBERLIN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–6406.   VALLEZ *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 83–6492.   KNOTT *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–6514.   TILLI *v.* CAPOBIANCO ET AL.   C. A. 3d Cir. Certiorari denied.

No. 83–6515.   PERRY *v.* SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK.   C. A. 1st Cir.   Certiorari denied.

No. 83–6523.   KELT, ADMINISTRATOR OF THE ESTATE OF KELT *v.* QUEZADA ET UX.   C. A. 5th Cir.   Certiorari denied.

No. 83–6529.   JONES *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 83–6538.   GRIFFITH *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir. Certiorari denied.

No. 83–6539.   GRECK *v.* SUPERIOR COURT OF YOLO COUNTY, CALIFORNIA, ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 83–6541.   HARRISON *v.* GALLAGHER ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 83–6544.   VIPPERMAN *v.* HOUSEWRIGHT, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 83–6554.   CARNIVALE *v.* WISCONSIN.   Sup. Ct. Wis. Certiorari denied.

No. 83–6557.   ANTONELLI *v.* SCHRYVER ET AL.   C. A. 7th Cir. Certiorari denied.

No. 83–6573.   HOLLOWAY *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 4th Cir.   Certiorari denied.

No. 83–6590.   DURHAM *v.* WYRICK, WARDEN.   C. A. 8th Cir. Certiorari denied.